Susan Goldner, Appellant, *v.* Hanus Goldner, Respondent.

Argued May 24, 1955, decided July 8, 1955.

*Louis B. Frutkin* and *Herbert Frutkin* for appellant.
*Sidney Roffman* for respondent.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.